IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

NELSON S. RUST                                                                                          PLAINTIFF

v.                              CIVIL NO. 3:16-cv-03074-MEF

CAROLYN COLVIN, Commissioner
Social Security Administration                                                                          DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Regina Winters, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner"). (ECF No. 1) On December 16, 2016, Plaintiff filed a Motion to Dismiss. (ECF No. 12) Plaintiff now concedes that substantial evidence supports the Commissioner's determination that he was not disabled during the relevant time period. Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case with prejudice.

DATED this the 4th day of January, 2017.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE